UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: <br> Peking Duck USA, Inc. <br><br><br><br><br> Debtor(s) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | BK No.:   23-5135 <br><br> Chapter:  11 <br> Honorable Jacqueline Cox <br> SELECT IF OUTLYING AREA |

### ORDER SETTING BRIEFING SCHEDULE AND HEARING ON DEBTOR'S OBJECTION TO CLAIM NO. 5 OF RN 124/125 COMPANY, LLC

Upon the motion (the "Motion") of debtor and debtor-in-possession (the "Debtor") for entry of an order to granting the Debtor's Motion and denying Claim no. 5 filed by RN 124/125 Company, LLC, due notice given and the Court being advised in the premises; it is ordered:

1. RN 124/125 shall respond to the Motion by or before September 26, 2023.
2. The Debtor shall reply in support of the Motion by or before October 26, 2023.
3. This matter is set for a contested hearing on the Motion on November 14, 2023 at 1:30 p.m. (Cox)

Enter: *Jacqueline P. Cox*
J. Cx

Dated: 8-15-23

United States Bankruptcy Judge

**Prepared by:**
Konstantine T. Sparagis (6256702)
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
312-753-6956
gus@konstantinelaw.com

Rev: 20120501_bko