UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-05135 |
| Peking Duck USA, Inc. ) | | |
| ) | Chapter: | 11 |
| ) | Honorable Jacqueline P Cox | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

**SCHEDULING ORDER CONTINUING MOTION TO ASSUME EXECUTORY LEASE**

The matter coming before the court on the Motion of the Debtor, Peking Duck USA, Inc. (the "Debtor") to Assume an Executory Lease (Docket 70) (the "Motion"), the court being advised in the premises, and for the reasons stated on the record,

IT IS HEREBY ORDERED:

1. The Motion is continued to Tuesday, November 14, 2023 at 1:00 p.m., at which time a status hearing will be held on the matter. All parties in interest may appear at the hearing in person in courtroom 680 of the United States Bankruptcy Court at 219 South Dearborn, Chicago, Illinois, or electronically using Zoom for Government.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

To appear by video, use this link: https://www.zoomgov.com/join. Then enter the meeting ID and passcode.

The meeting ID for this hearing is 161 273 2896 and the passcode is 778135. The meeting ID and passcode can also be found on the Judge Cox's page on the court's web site.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: October 17, 2023